IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| THOMAS W. CLARK,<br><br>    Plaintiff,<br><br>v.<br><br>GOODWILL OF THE GREAT PLAINS,<br>d/b/a GOODWILL INDUSTRIES<br>OF SIOUX CITY,<br><br>    Defendant. | Case No. 5:15-CV-04054-MWB<br><br>STIPULATION OF DISMISSAL |

COME NOW the parties, by and through their respective undersigned counsel, and hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims against the Defendant are dismissed with prejudice pursuant to a settlement agreement between the parties, with each party to bear their own costs.

DUTTON, BRAUN, STAACK
& HELLMAN, P.L.C.
Attorneys for Plaintiff

BY:    /s/ Erin P. Lyons
Erin Patrick Lyons, AT0004800
3151 Brockway Road
P.O. Box 810
Waterloo, IA 50704
(319) 234-4471
(319) 234-8029 FAX
lyonse@wloolaw.com

JACKSON LEWIS, P.C.
Attorney for Defendant

BY:   /s/ Christopher E. Hoyme
Christopher E. Hoyme, AT0010405
10050 Regency Circle, Suite 400
Omaha, NE 68114
(402) 391-1991
(402) 391-7363 FAX
hoymec@jacksonlewis.com

AND

LUNDBERG LAW, P.L.C.
Attorney for Defendant

BY:   /s/ Paul Lundberg
Paul Lundberg
600 4th St., Ste. 906
Sioux City, IA 51101
(712) 234-3030
(712) 234-3034 FAX
paul@lundberglawfirm.com

i:\lit\clark.amanda\pleadings\stipulation of dismissal.docx